IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DAVID ROBERT BENTZ, #S03210, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )    No. 14-562-MJR-SCW |
| SGT. QUALLES, et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

NOW COMES Lisa Madigan, Attorney General for the State of Illinois, by Joanne Scher, Assistant Attorney General, State of Illinois, and hereby enters her appearance on behalf of Defendants, Kent Brookman, Kimberly Butler (sued as Menard Warden), Nathaniel Maue, Ryan Sadler (sued as Ryan Sandler), Michael Samuel, Michael Schnicker (sued as C/O Snucker), and William Qualls, in the above case.

Assistant Attorney General Joanne Scher certifies that she is an attorney in good standing with the State of Illinois, and is admitted to practice in the United States District Court, for the Southern District of Illinois.

                                          Respectfully submitted,

                                          LISA MADIGAN, Attorney General,
                                          State of Illinois

Joanne Scher, #6300778                 Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706              By:  s/Joanne Scher
(217) 557-7081   Telephone           JOANNE SCHER
(217) 524-5091   Facsimile            Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DAVID ROBERT BENTZ, #S03210, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   No. 14-562-MJR-SCW |
| SGT. QUALLES, et al., | ) ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2014, the foregoing document, *Notice of Appearance*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on the same date, a copy of the foregoing document was mailed by United States Postal Service, to the following non-registered participant:

David Robert Bentz, #S03210
Menard Correctional Center
Post Office Box 1000
Menard, Illinois   62259

Respectfully submitted,

   /s/Joanne Scher
Joanne Scher, #6300778
Assistant Attorney General
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, Illinois   62706
(217) 557-7081   Phone
(217) 524-5091   Fax
Email:   jscher@atg.state.il.us