IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID ROBERT BENTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-cv-0562-MJR-SCW |
| | ) |
| WILLIAM QUALLS, | ) |
| MICHAEL SAMUEL, | ) |
| KENT BROOKMAN, | ) |
| NATHANIEL MAUE, | ) |
| MICHAEL SCHNICKER, | ) |
| RYAN SADLER, | ) |
| KIMBERLY BUTLER, | ) |
| RAYMOND ALLEN, | ) |
| TINA MONROE, | ) |
| WESLEY MONROE, | ) |
| ADAM TOPE, | ) |
| JACOB GUETERSLOH, | ) |
| JEREMY BUTLER, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**REAGAN, Chief Judge:**

By Order dated August 26, 2015, the Court **dismissed without prejudice** Plaintiff's claims against Defendants WILLIAM QUALLS, MICHAEL SAMUEL, KENT BROOKMAN, NATHANIEL MAUE, MICHAEL SCHNICKER, RYAN SADLER, RAYMOND ALLEN, TINA MONROE, and WESLEY MONROE. That Order also **dismissed without prejudice** Plaintiff's claims against Defendant KIMBERLY BUTLER but ordered her to stay in the case only to help identify the unknown "John Doe" Defendants.

By Order dated May 13, 2016, the Court **dismissed without prejudice** Plaintiff's claims against Defendant KIMBERLY BUTLER. By separate Order on the same date, the Court **dismissed without prejudice** Plaintiff's claims against Defendant JEREMY BUTLER.

By Order dated February 22, 2017, the Court **dismissed without prejudice** Plaintiff's claims against Defendants ADAM TOPE and JACOB GUETERSLOH.

IT IS SO ORDERED.

DATED February 27, 2017

                                            JUSTINE FLANAGAN, Acting Clerk of Court
                                            *s/ Reid Hermann*
                                            Deputy Clerk

Approved: ***s/ Michael J. Reagan***
Michael J. Reagan, U.S. District Judge